**STATE of Missouri, Respondent,**

v.

**Arrendondo VANN, Appellant.**

**No. WD 35460.**

Missouri Court of Appeals,
Western District.

Oct. 30, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 26, 1984.

Application to Transfer Denied Feb. 26, 1985.

James W. Fletcher, Public Defender, Lee M. Nation, Sp. Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and BERREY, JJ.

## ORDER

PER CURIAM:

Defendant appeals from judgment of conviction of second degree robbery, Section 569.030, RSMo 1978, and sentence to five years' imprisonment, alleging the erroneous admission of a pretrial statement by the defendant.

Judgment affirmed. Rule 30.25(b).